UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARR INDEMNITY & LIABILITY
COMPANY
                           Plaintiff,

-against-                                              ____cv_____( )

AMERICAN CLAIMS MANAGEMENT, INC.,      MOTION FOR ADMISSION
                                        PRO HAC VICE
                           Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Eric D. Freed**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **STARR INDEMNITY & LIABILITY COMPANY** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **PENNSYLVANIA** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 1, 2013                 Respectfully Submitted,

                                         _____
                                         Applicant Signature

                                         Applicant's Name: **ERIC D. FREED**

                                         Firm Name: **COZEN O'CONNOR**

                                         Address: **1900 MARKET STREET**

                                         City / State / Zip: **PHILADELPHIA, PA 19103**

                                         Telephone / Fax: **215-665-3724/215-665-2324**

                                         E-Mail: **efreed@cozen.com**



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Eric David Freed, Esq.

**DATE OF ADMISSION**

**October 28, 1983**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 1, 2013

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARR INDEMNITY & LIABILITY COMPANY           Plaintiff,

-against-

AMERICAN CLAIMS MANAGEMENT, INC.           Defendant.

____cv_____ ( )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of ERIC D. FREED, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Pennsylvania; and that his/her contact information is as follows (please print):

Applicant's Name: Eric D. Freed

Firm Name: Cozen O'Connor

Address: 1900 Market Street

City / State / Zip: Philadelphia, PA 19103

Telephone / Fax: (215) 665-3724 / (215) 665-2324

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for STARR INDEMNITY & LIABILITY COMPANY in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge