UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
STARR INDEMNITY & LIABILITY COMPANY,  :
:        13-cv-0742 (DLC)
Plaintiff, :
:        **AFFIDAVIT OF SERVICE**
- against - :
:
AMERICAN CLAIMS MANAGEMENT, INC., :
:
Defendant. :
:
------------------------------------------------------------- x

**STATE OF NEW YORK**      )
                                         ) SS.:
**COUNTY OF NEW YORK**    )

      **DENYSE JOSEPH**, being duly sworn, deposes and says that: Deponent is not a party to this action, is over 18 years of age and is employed by Cozen O'Connor, 45 Broadway, New York, New York 10006.

      On February 20, 2013 Deponent served a true copy of the within **NOTICE OF INITIAL PRETRIAL CONFERENCE** upon:

> Thomas Cahill, Esq.
> Satterlee Stephens Burke & Burke LLP
> 230 Park Avenue, Suite 1130
> New York, New York 10169

at the address set forth above by depositing a true copy thereof, in post-paid wrapper, in an official depository under the exclusive care and custody of the United Parcel Services for overnight, next business day delivery.

                                                               */s/ Denyse Joseph*
                                                               DENYSE JOSEPH

Sworn to before me this
20th day of February, 2013

_____
Notary Public

MENACHEM J. KASTNER
Notary Public, State of New York
No. 24-4647833
Qualified in New York County
Commission Expires October 30, 20__