


# COZEN
# O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

March 7, 2013

**Eric D. Freed**
Direct Phone  215-665-3724
Direct Fax      215-701-2324
efreed@cozen.com

Honorable Denise Cote
United States Courthouse
500 Pearl Street
New York, NY 10007

DATE FILED: 3/11/13

**MEMO ENDORSED**

Re:    *Starr Indemnity & Liability Co. v. American Claims Management*, 13CV0742

Dear Judge Cote:

I write on behalf of plaintiff Starr Indemnity & Liability Company ("Starr") in the above captioned action to request an adjournment of the initial pretrial conference that is presently scheduled for April 19, 2013 at 2 p.m. Lead counsel for Starr is currently scheduled to attend a retreat for counsel's law firm on the date of the scheduled conference. Per the Court's Order, I have consulted with counsel for defendant American Claims Management who consents to this request. Counsel for both parties are available to attend the pretrial conference on April 26, 2013, and request that the conference be rescheduled for that date, assuming that date is also convenient for the Court. Should another date be needed, please note that Counsel for plaintiff is also unavailable on May 3, 2013.

Respectfully submitted,

COZEN O'CONNOR

By:  Eric D. Freed
     (Admitted Pro Hac Vice)

EDF

*The conference is adjourned to May 10 at 10:00 a.m.*

*Denise Cote*
*March 11, 2013*

cc:    Thomas Cahill, Counsel for Defendant

LEGAL\15028784\1 15293.0001.000/331426.000
03/07/2013