UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

STARR INDEMNITY & LIABILITY COMPANY,     :    Civ. Action No. 13-CIV-742 (DLC)

          Plaintiff,     :    **STIPULATION**

-against-     :

AMERICAN CLAIMS MANAGEMENT, INC.,     :

          Defendant.     :

-------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for defendant to answer, move or otherwise respond to plaintiff's Complaint in the above action is extended through and including April 11, 2013.

Dated: March 22, 2013

COZEN O'CONNOR                                    SATTERLEE STEPHENS BURKE &
                                                  BURKE LLP

By: _____                       By: _____
    Tamar Wise                                        Thomas J. Cahill
    Eric D. Freed (pro hac vice pending)              Justin E. Klein
45 Broadway                                       230 Park Avenue
New York, New York 10006                          New York, New York 10169
(212) 509-9400                                    (212) 818-9200
*Attorneys for Plaintiff*                         *Attorneys for Defendant*

SO ORDERD:

_____
U.S.D.J.
3/22/13

1630096_1