UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STARR INDEMNITY & LIABILITY COMPANY,

                           Plaintiff,

           -against-

AMERICAN CLAIMS MANAGEMENT, INC.,

                       Defendant.

: Case No.: 13 Civ. 0742 (DLC)

: **CORPORATE DISCLOSURE**
: **STATEMENT PURSUANT**
: **TO FED. R. CIV. P. 7.1**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies defendant American Claims Management, Inc. is an indirectly wholly owned subsidiary of Brown & Brown, Inc. ("B&B") and that B&B's shares are publicly traded in the United States on the New York Stock Exchange.

Dated:  April 11, 2013

> SATTERLEE STEPHENS BURKE &
> BURKE LLP
> Attorneys for Defendant American Claims
> Management, Inc.
>
>
> By: _____/S/_____
>         Thomas J. Cahill, Esq.