

## COZEN
## O'CONNOR



APR 2 2 2013

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

April 18, 2013

**Eric Freed**
Direct Phone  215-665-3742
efreed@cozen.com

5/10/2013

Honorable Denise Cote.
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Starr Indemnity & Liability Co. v. American Claims Management*, 13CV0742

Dear Judge Cote:

I write on behalf of plaintiff Starr Indemnity & Liability Company ("Starr") in the above captioned action.  Pursuant to section 4(c) of the Court's Individual Practices, Plaintiff provides the following information regarding the citizenship of the parties in this diversity action:

Plaintiff Starr Indemnity & Liability Company is a Texas Corporation with its principal place of business in New York, New York. (*See* Complaint ¶ 1).

Defendant American Claims Management is a California Corporation with its principal place of business in San Diego, California. (*See* Complaint ¶ 2; Answer ¶ 2).

The amount in controversy in this matter exceeds $75,000.

Respectfully submitted,

COZEN O'CONNOR

By:   Eric D. Freed

cc: Thomas Cahill, Counsel for Defendant