UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   13 Civ. 0742 (DLC)
STAR INDEMNITY & LIABILITY COMPANY,   :
                                      :        PRETRIAL
                          Plaintiff,  :   SCHEDULING ORDER
        -v-                           :
                                      :
AMERICAN CLAIMS MANAGEMENT, INC.,     :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-2013

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on May 10, 2013, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **May 17, 2013**.

2.  By **July 19, 2013**, the plaintiff shall identify claim particulars to the defendant.

3.  The parties' proposal for scheduling shall be due **August 2, 2013**.

4.  The parties are instructed to contact the chambers of Magistrate Judge Francis prior to **September 20, 2013** in order to pursue settlement discussions under his supervision.

Dated:   New York, New York
         May 10, 2013

                                    _____
                                            DENISE COTE
                                    United States District Judge