UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
:
STAR INDEMNITY & LIABILITY COMPANY,    :   13 Civ. 0742 (DLC) (JCF)
:
Plaintiff,         :   ORDER OF
-v-                              :   REFERENCE TO A
:   MAGISTRATE JUDGE
AMERICAN CLAIMS MANAGEMENT, INC.,      :
:
Defendant.         :
:
------------------------------------------------X

DATE FILED: 5/10/2013

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Specific Non-Dispositive Motion/Dispute

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

\_\_\_ Habeas Corpus

_x_ Settlement

\_\_\_ Social Security

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

Dated:  New York, New York
       May 10, 2013

                                DENISE COTE
                        United States District Judge